**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Aaron Shores** *
980 Bowers Beach Road
Frederica, DE 19946 *

Plaintiff, *

v. * **Civil Action No:**

**Food Lion, LLC** *
2110 Executive Blvd.
Salisbury, NC 28145 *
Serve: CSC Lawyers Incorp. Svc. Co.
7 St. Paul Street, Suite 820 *
Baltimore, MD 21202
*
And
*
**Delhaize America Transportation, LLC**
2085 Harrison Road *
Salisbury, NC 28147
Serve: CSC Lawyers Incorp. Svc. Co. *
7 St. Paul Street, Suite 820
Baltimore, MD 21202 *

And *

**Delhaize America, LLC** *
2110 Executive Blvd.
Salisbury, NC 28145 *
Serve: CSC Lawyers Incorp. Svc. Co.
7 St. Paul Street, Suite 820 *
Baltimore, MD 21202
*
And
*
**Charles Black**
451 E Queen Street *
Chambersburg, PA 17201,
*
Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# COMPLAINT

**NOW COMES,** Plaintiff **Aaron Shores**, (hereinafter "**Shores**"), by and through his attorneys, Curtis Daniel Cannon, Esq., Kevin J. Finnegan, Esq. and Goldberg Finnegan, and sues Defendants **Food Lion, LLC** (hereinafter "**Food Lion**")**, Delhaize America Transportation, LLC, Delhaize America, LLC** (hereinafter "**Delhaize**"), and **Charles Black** (hereinafter "**Black**") and for reasons states as follows:

## Count I - (Negligence)

1. Jurisdiction of this court is founded on 28 U.S.C. §1332.

2. Plaintiff **Shores** is a resident of Delaware.

3. Defendants **Food Lion** and **Delhaize** are corporate residents of North Carolina. Defendant **Black** is a resident of Pennsylvania.

4. On or about September 11, 2017 at approximately 5:00 p.m., Plaintiff **Shores** was operating a vehicle on US Route 50 near MD Route 16 in Dorchester County, Maryland.

5. At the aforementioned time and place, Defendant **Black** was operating a vehicle owned, leased, or otherwise controlled by Defendant Delhaize and within the course and scope of his employment with Defendants Delhaize and/or Food Lion. At the same time and place stated above, Defendant **Black** negligently, suddenly and without any warning caused his vehicle to leave its lane of travel and strike the rear driver's portion of the Plaintiff's vehicle causing the Plaintiff's vehicle to spin out of control and strike a guardrail.

6. Defendant **Black** owed a duty of care to the Plaintiff to operate his vehicle in a proper fashion and in accordance with the laws, rules, and regulations then and there in full force and effect, and breached this duty of care by failing to operate the vehicle in a safe and proper manner for that among other acts and omissions:

   A. Operated his motor vehicle without due care for other vehicles lawfully upon the highway;

   B. Failed to keep a proper lookout;

   C. Failed to maintain proper and adequate control over his motor vehicle;

   D. Failed to observe due care and precaution for the safety of the other vehicle and their occupants;

  E. Failed to avoid an accident when it became apparent or with the exercise of reason should have become apparent to the said Defendant operator by continuing the same course and speed an accident would occur;

F. Failed to reduce speed to avoid a collision;

G. Failed to operate his vehicle within his lane of travel thereby depriving the Plaintiff of the right of way within the Plaintiff's lane of travel;

H. Made an unsafe lane change;

I. Failed to operate his vehicle in accordance with the laws, rules, and regulations then and there in full force and effect;

J. And in other respect was negligent in the operation of her motor vehicle considering the conditions then and there existing.

7. Defendant **Black's** negligence proximately caused Plaintiff **Shores** to suffer severe, painful and permanent injuries about his head, body and limbs and has caused and will cause into the future Plaintiff **Shores** physical pain and mental anguish, loss of wages and loss of opportunity. That all the Plaintiff's losses, past, present and prospective were, are and will be due solely and by reason of the negligence of Defendant **Black**, without any negligence of the Plaintiff **Shores** contributing thereto.

8. At all times relevant hereto, Defendant **Black** was operating his vehicle with permission of, and as the employee, agent and/or servant of, Defendants **Delhaize** and **Food Lion**.

9. All conditions precedent for maintaining this action have been satisfied.

10. Plaintiff demands a jury trial on all issues presented herein.

**WHEREFORE,** Plaintiff **Aaron Shores** demands judgment against Defendants **Food Lion**, **Delhaize**, and **Charles** Black, jointly and severally, in the amount of Five Million Dollars ($5,000,000.00) in compensatory damages, interest and costs.

Respectfully Submitted,

/S/___________________________________

Goldberg Finnegan
Curtis Daniel Cannon, Esq. #16120
Kevin J. Finnegan, Esq. #13468
8401 Colesville Road, #630
Silver Spring, MD 20910
(301) 589-2999 (Phone)
(301) 589-2644 (Fax)
ccannon@goldbergfinnegan.com

**JURY DEMAND**

The plaintiff demands a trial by jury on all issues contained herein.

/S/________________________________

Curtis Daniel Cannon, Esq. #16120